# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

| | |
|---|---|
| Mickey Brand, | ) |
| | ) |
| Plaintiff, | ) Civil Action File No.: |
| | ) 4:16-cv-00213-HLM-WEJ |
| v. | ) |
| | ) |
| Commonwealth Financial Systems, Inc., | ) |
| | ) |
| Defendant. | ) |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Mickey Brand, ("Plaintiff") and Commonwealth Financial Systems, Inc. ("Commonwealth") hereby jointly stipulate and agree that Plaintiff hereby dismisses, with prejudice, his claim asserted against Commonwealth in the above-styled action, with the parties to bear their own attorney's fees, costs and expenses.

Respectfully submitted this 4th day of January, 2018.

| | |
|---|---|
| */s/Wendi E. Fassbender, Esq.* | */s/ Adam Klein* |
| Wendi E. Fassbender, Esq. | Adam Klein |
| Georgia Bar No.: 179133 | Georgia Bar No. 425032 |
| Sessions, Fishman, Nathan & Israel | Berry & Associates |
| 5229 Roswell Road, NE | 2751 Buford Highway, Suite 600 |
| Atlanta, Georgia 30342 | Atlanta, Georgia 30324 |
| Telephone: (678) 209-7492 | Telephone: (404) 235-3334 |
| wfassbender@sessions.legal | aklein@mattberry.com |
| | |
| *Counsel for Defendant* | *Counsel for Plaintiff* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 4, 2018 I caused the electronic filing of the foregoing document to be filed with the Clerk of the Court using the CM/ECF system, which will automatically send e-mail notifications of such filing to all attorneys of record that have appeared in this case.

>*/s/ Adam Klein*
>Adam Klein
>Georgia Bar No. 425032

## **CERTIFICATION**

The undersigned further certifies that this document has been prepared in accordance with the formatting requirements designated in Local Rule 5.1.

This 4th day of January, 2018.

*/s/ Adam Klein*
Adam Klein
Georgia Bar No. 425032
